UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY E. WINDEKNECHT, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No. 4:22-CV-00009-JAR |
| DAVE EASTER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Larry Windeknecht's Motion for Reconsideration (ECF No. 90) of the Court's March 25, 2024, Order granting summary judgment for Defendants. ECF No. 85. Windeknecht argues that the Court should not have dismissed his claims for failure to prosecute because he has been diligent in prosecuting his claims and dismissal does not serve the public interest. But the Court did not dismiss Windeknecht's claims for failure to prosecute; it granted summary judgment for Defendants because the uncontroverted material facts properly presented to the Court demonstrated that Defendants were entitled to qualified and official immunity. Because Windeknecht has not identified a basis for concluding otherwise,

**IT IS HEREBY ORDERED** that Plaintiff Larry Windeknecht's Motion for Reconsideration [ECF No. 90] is **DENIED**.

Dated this 12th day of June 2024.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE